UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

---

JANET FERRELL

    PLAINTIFF                               JUDGMENT IN A CIVIL CASE

VS

SENIOR CITIZENS SERVICES, INC.            CASE NO: 06-2268-V

    DEFENDANT

---

DECISION BY COURT. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS SO ORDERED AND ADJUDGED that in accordance with the Stipulation Of Dismissal With Prejudice, entered on January 24, 2008, pursuant to FRCP 41, this cause is dismissed with prejudice. Each party to bear its own costs.

APPROVED:

s/Diane K. Vescovo
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

February 1, 2008                          Thomas M. Gould
Date                                             Clerk of Court

                                                       s/Betty Guy
                                                     (By) Deputy Clerk